# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **JACKIE JUNIOR LYLE,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 7:09-cv-34(HL) |
| **OFFICER ROSS and GEORGIA DEPARTMENT OF CORRECTIONS,** | : |
| Defendants. | : |

_____

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Richard Hodge, entered March 13, 2009 (Doc. 4), in which the Magistrate Judge recommends that the Georgia Department of Corrections be dismissed as a defendant in this case. Plaintiff has filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). After giving de novo consideration to those portions of the Recommendation to which objection is made, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 31st day of April, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh